**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BOHNSTEDT, KAREN INGRID § | Case No. 11-85074 |
| BOHNSTEDT, CHARLES JAMES § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/21/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                     By:     /s/ STEPHEN G. BALSLEY
                                             Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BOHNSTEDT, KAREN INGRID         §   Case No. 11-85074
       BOHNSTEDT, CHARLES JAMES        §
                                       §
Debtor(s)                              §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 203,303.06 |
| *and approved disbursements of* | $ 39,175.07 |
| *leaving a balance on hand of* [1] | $ 164,127.99 |
| **Balance on hand:** | $ 164,127.99 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Citizens First National Bank | 476,000.00 | 0.00 | 0.00 | 0.00 |
| 3 | Centrue Bank | 299,036.30 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 164,127.99 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 12,875.81 | 0.00 | 12,875.81 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 12,043.50 | 0.00 | 12,043.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 111.00 | 0.00 | 111.00 |
| Accountant for Trustee, Fees - McGladrey LLP | 430.00 | 0.00 | 430.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 25,460.31 |
| Remaining balance: | $ 138,667.68 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 138,667.68 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 138,667.68 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,353,187.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | HSBC Bank Nevada, N.A. | 1,340.04 | 0.00 | 22.25 |
| 2U | Citizens First National Bank | 8,351,847.09 | 0.00 | 138,645.43 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 138,667.68 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:   $   0.00

Prepared By:   /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-85074-TML
Karen Ingrid Bohnstedt                                                  Chapter 7
Charles James Bohnstedt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez             Page 1 of 2              Date Rcvd: Jul 15, 2013
                              Form ID: pdf006           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2013.
db/jdb     +Karen Ingrid Bohnstedt,    Charles James Bohnstedt,    1060 Cindy Lane,    Sandwich, IL 60548-2522
18811426   +Centrue Bank,    Mark A. Bogdanowicz,    Howard & Howard Attorneys PLLC,
             211 Fulton Street Ste. 600,    Peoria, IL 61602-1350
18101755    Centrue Bank,    202 Indian Springs Dr,    Sandwich, IL 60548-1906
18101756    Citi Cards/American Express,    P.O. Box 6004,    Sioux Falls, SD 57117-6004
18101757    CitiMortgage,    P.O. Box 183040,    Columbus, OH 43218-3040
18101758   +Citizen's First National Bank,    606 S Main St,    Princeton, IL 61356-2080
18101759   +Citizen's First National Bank,    200 E. Church St,    Sandwich, IL 60548-2224
18768569   +Citizens First National Bank,    C/o Attorney Stephen J. Brown,    130 E. Randolph, Ste 3800,
             Chicago, IL 60601-6317
18101760   +County of Kendall,    Jeff Wilkins, County Administrator,    111 West Fox Street,
             Yorkville, IL 60560-1621
18101761   +David V Kinsella,    Schuyler, Roche & Crisham, PC,    130 E Randolph St, Ste 3800,
             Chicago, IL 60601-6317
18101762   +Frank Ierulli,    Howard & Howard Attorneys PLLC,    211 W Fulton St, Ste 600,
             Peoria, IL 61602-1350
18748155   +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
             Norfolk VA 23541-0907
18101763   +Ralph and Gertrud Webb,    320 Park Place,    Sandwich, IL 60548-8000
18101764   +Somercor 504, Inc,    US Small Business Administration,    601 South LaSalle, Suite 510,
             Chicago, IL 60605-1726
18101765   +Tanya Herbert,    SomerCor 504,    601 South LaSalle, Suite 510,    Chicago, IL 60605-1726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18101754    E-mail/Text: ally@ebn.phinsolutions.com Jul 16 2013 01:01:28     Ally,    PO Box 380902,
             Minneapolis, MN 55438-0902
18801769   +E-mail/Text: melanie.barickman@centrue.com Jul 16 2013 01:00:27     Centrue Bank,
             c/o Steven Sendelbach,    122 West Madison Street,    Ottawa, IL 61350-5017
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2013**              **Signature:**   *[signed] Joseph Speetjens*

```
District/off: 0752-3          User: cshabez              Page 2 of 2                   Date Rcvd: Jul 15, 2013
                              Form ID: pdf006            Total Noticed: 17


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2013 at the address(es) listed below:
              Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
              Carole J. Ryczek    on behalf of Accountant Patrick   Shaw carole.ryczek@usdoj.gov
              G. Alexander   McTavish    on behalf of Debtor Karen Ingrid Bohnstedt amctavish@fmcolaw.com
              G. Alexander   McTavish    on behalf of Joint Debtor Charles James Bohnstedt amctavish@fmcolaw.com
              Joel P Fonferko    on behalf of Creditor    CITIMORTGAGE, INC. ND-One@il.cslegal.com
              Mark A Bogdanowicz     on behalf of Creditor    Centrue Bank mbogdanowicz@howardandhoward.com,
               sbrocksmith@howardandhoward.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
              Stephen G Balsley    on behalf of Accountant Patrick   Shaw sbalsley@bslbv.com,  IL47@ecfcbis.com
              Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
                                                                                             TOTAL: 10
```