# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BOHNSTEDT, KAREN INGRID               § Case No. 11-85074
      BOHNSTEDT, CHARLES JAMES             §
                                                                          §
Debtor(s)                                                         §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 28, 2011. The undersigned trustee was appointed on January 11, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $        203,303.06

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 8,198.13 |
| Administrative expenses | 17,590.41 |
| Bank service fees | 2,599.76 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 5,000.00 |
| Exemptions paid to the debtor | 3,337.57 |
| Other payments to the debtor | 2,449.20 |
| Leaving a balance on hand of [1]   $ | 164,127.99 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/20/2012 and the deadline for filing governmental claims was 04/20/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $12,875.81. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $12,875.81, for a total compensation of $12,875.81.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/29/2013            By: /s/STEPHEN G. BALSLEY
                                Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85074  
**Case Name:** BOHNSTEDT, KAREN INGRID  
BOHNSTEDT, CHARLES JAMES  
**Period Ending:** 07/29/13

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 11/28/11 (f)  
**§341(a) Meeting Date:** 12/29/11  
**Claims Bar Date:** 04/20/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  Anticipated Federal Tax Return 2010 | 14,508.00 | 14,508.00 | | 14,508.00 | FA |
| 2  Anticipated Illinois Tax Return 2010 | 2,626.00 | 2,626.00 | | 2,626.00 | FA |
| 3  2705 N. 3764th Rd., Sheridan, IL 60551  See Order to Sell Property entered 1/23/13. | 100,000.00 | 80,000.00 | | 109,000.00 | FA |
| 4  Single family residence 1060 Cindy Lane, Sandwic | 176,000.00 | 0.00 | | 0.00 | FA |
| 5  320 Park Place, Sandwich, IL -SAME AS ASSET #6 | 0.00 | 0.00 | | 0.00 | FA |
| 6  Undivided 1/2 int. Lot 12-Bohnstdt's Add, Sandwi | 150,000.00 | 0.00 | | 0.00 | FA |
| 7  Checking Account #XXXX2662 Citizens First Nation | 0.00 | 0.00 | | 0.00 | FA |
| 8  Checking Account #XXXX5877 Harris Bank PO Box 94 | 1.37 | 0.00 | | 0.00 | FA |
| 9  Checking Account #XXXX4187 Castle Bank 141 W Lin | 98.72 | 0.00 | | 0.00 | FA |
| 10 IBEW 701 Vacation Fund Checking Account #XXXX433 | 256.00 | 256.00 | | 256.00 | FA |
| 11 IBEW 461 Vacation Fund Savings Account #XXXX100 | 800.00 | 800.00 | | 800.00 | FA |
| 12 Virginia §529 College Savings Plan for son Accou | 23,128.90 | 21,478.90 | | 24,543.82 | FA |
| 13 Virginia §529 College Savings Account for daught | 23,128.90 | 21,441.33 | | 24,506.24 | FA |
| 14 ILUTMA custodial account for son Cert of deposit | 5,200.00 | 0.00 | | 0.00 | FA |
| 15 ILUTMA cutodial account for daughter Cert of dep | 4,300.00 | 0.00 | | 0.00 | FA |
| 16 ILUTMA custodial account for son Savings account | 2,292.91 | 0.00 | | 0.00 | FA |
| 17 ILUTMA custodial account for daughter Savings ac | 639.40 | 0.00 | | 0.00 | FA |
| 18 ILUTMA custodial account for son Checking accoun | 50.00 | 0.00 | | 0.00 | FA |
| 19 Miscellaneous furniture and furnishings Two comp | 1,000.00 | 0.00 | | 0.00 | FA |
| 20 Miscellaneous clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 21 Costume jewelry | 25.00 | 0.00 | | 0.00 | FA |
| 22 Term Insurance Policy #XXXX040L Cincinnati Isura | 0.00 | 0.00 | | 0.00 | FA |
| 23 Term Insurance Policy #XXXX041L Cincinnati Isura | 0.00 | 0.00 | | 0.00 | FA |
| 24 401K Retirement Savings Plan Account No. XXXX511 | 211,000.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-85074
**Case Name:** BOHNSTEDT, KAREN INGRID
BOHNSTEDT, CHARLES JAMES
**Period Ending:** 07/29/13

**Trustee:**  (330410)  STEPHEN G. BALSLEY
**Filed (f) or Converted (c):**  11/28/11 (f)
**§341(a) Meeting Date:**  12/29/11
**Claims Bar Date:**  04/20/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 25 | IBEW Local 701 Retirement Plan P.O. Box 8000 Mil | 179,000.00 | 0.00 | | 0.00 | FA |
| 26 | 24% of the common stock of Timber Creek Inn & Su | 0.00 | 0.00 | | 0.00 | FA |
| 27 | 100% of the common stock of C. J. Power, Inc, an | 0.00 | 0.00 | | 0.00 | FA |
| 28 | 26% of the common stock of Timber Creek Inn & Su | 0.00 | 0.00 | | 0.00 | FA |
| 29 | 26% membership interest in W B Holdings, LLC, an | 0.00 | 0.00 | | 0.00 | FA |
| 30 | 24% membership interest in W B Holdings, LLC, an | 0.00 | 0.00 | | 0.00 | FA |
| 31 | Federal Tax Return 2011 (u)   Total federal tax refund for 2011 is $21,797.00. The prorated amount due to the Bankruptcy Estate is $19,824.37. | Unknown | 21,797.00 | | 21,797.00 | FA |
| 32 | Illinois Tax Return 2011 (u)   Total Illinois tax refund for 2011 is $5,266. The prorated amount due to the Bankruptcy Estate is $4,789.43. | Unknown | 5,266.00 | | 5,266.00 | FA |
| 33 | Amount due shareholders shown on the balance she | 0.00 | 0.00 | | 0.00 | FA |
| 34 | 1999 GMC Yukon (150,000 miles) | 2,700.00 | 0.00 | | 0.00 | FA |
| 35 | 2011 Chevrolet Silverado Pickup - 11000 miles | 19,500.00 | 0.00 | | 0.00 | FA |
| 36 | Personal tools of the trade used in electrician | 2,000.00 | 0.00 | | 0.00 | FA |
| 36 | **Assets Totals** (Excluding unknown values) | **$919,255.20** | **$168,173.23** | | **$203,303.06** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2013         **Current Projected Date Of Final Report (TFR):**   June 26, 2013  (Actual)

Printed: 07/29/2013 10:48 AM    V.13.13

Case 11-85074    Doc 54    Filed 07/29/13    Entered 07/29/13 15:01:57    Desc Main
Document      Page 5 of 13

Exhibit B

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-85074  
**Case Name:** BOHNSTEDT, KAREN INGRID  
BOHNSTEDT, CHARLES JAMES  
**Taxpayer ID #:** **-***2599  
**Period Ending:** 07/29/13  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-66 - Checking Account  
**Blanket Bond:** $736,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/05/11 | {1} | United States Treasury | Turnover of Debtors' 2010 Federal Tax Refund | 1124-000 | 14,508.00 | | 14,508.00 |
| 12/05/11 | {2} | State of Illinois | Turnover of Debtors' 2010 State Tax Refund | 1124-000 | 2,626.00 | | 17,134.00 |
| 12/05/11 | {3} | Jose & Karen Espinal | January 2012 Rent Payment | 1122-000 | 1,000.00 | | 18,134.00 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.32 | 18,106.68 |
| 01/09/12 | {3} | Jose and Karen Espinal | February 2012 Rent Payment | 1122-000 | 1,000.00 | | 19,106.68 |
| 01/24/12 | 101 | Auto-Owners Insurance | Homeowners Insurance Premium (2/15/12 - 2/15/13) re: 2705 N. 3764th Rd., Sheridan, IL | 2420-000 | | 1,184.86 | 17,921.82 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.93 | 17,880.89 |
| 02/27/12 | {12} | American Funds | College Savings Funds - Son | 1129-000 | 24,543.82 | | 42,424.71 |
| 02/27/12 | {13} | American Funds | College Savings Funds - Daughter | 1129-000 | 24,506.24 | | 66,930.95 |
| 02/27/12 | | Karen Bohnstedt | Union Vacation Benefit Funds (IBEW 701 and IBEW 461 Accounts) | | 1,000.00 | | 67,930.95 |
| | {11} | | IBEW 461 Vacation Funds Turned Over        800.00 | 1129-000 | | | 67,930.95 |
| | {10} | | IBEW 701 Vacation Fund Checking Account Turned Over        200.00 | 1129-000 | | | 67,930.95 |
| 02/27/12 | {10} | Karen Bohnstedt | Union Vacation Benefit Funds (IBEW 701) | 1129-000 | 56.00 | | 67,986.95 |
| 02/28/12 | {3} | Jose and Karen Espinal | March 2012 Rent Payment | 1122-000 | 1,000.00 | | 68,986.95 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.84 | 68,948.11 |
| 03/08/12 | 102 | Karen or Charles Bohnstedt | Claimed Exemption in College Savings Funds - Son | 8100-002 | | 1,650.00 | 67,298.11 |
| 03/08/12 | 103 | Karen or Charles Bohnstedt | Claimed Exemption in College Savings Funds - Daughter | 8100-002 | | 1,687.57 | 65,610.54 |
| 03/30/12 | {3} | Jose and Karen Espinal | April 2012 Rent Payment | 1122-000 | 1,000.00 | | 66,610.54 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 141.28 | 66,469.26 |
| 04/18/12 | 104 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (Jan-April); Acct #0631899151-7/Sheridan property | 4110-000 | | 2,292.08 | 64,177.18 |
| 04/30/12 | {3} | Jose and Karen Espinal | May 2012 Rent Payment | 1122-000 | 1,000.00 | | 65,177.18 |
| 04/30/12 | {3} | Jose and Karen Espinal | One-half payment of earnest money | 1122-000 | 2,500.00 | | 67,677.18 |
| 04/30/12 | {3} | Jose and Karen Espinal | Second-half payment of earnest money | 1122-000 | 2,500.00 | | 70,177.18 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 136.91 | 70,040.27 |
| 05/01/12 | 105 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (May); Acct #0631899151-7/Sheridan property | 4110-000 | | 573.02 | 69,467.25 |
| 05/31/12 | {3} | Jose and Karen Espinal | June 2012 Rent Payment | 1122-000 | 1,000.00 | | 70,467.25 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 155.72 | 70,311.53 |
| 06/04/12 | 106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE | 2300-000 | | 62.17 | 70,249.36 |

Subtotals :    $78,240.06    $7,990.70

{} Asset reference(s)                                                                                         Printed: 07/29/2013 10:48 AM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-85074
**Case Name:** BOHNSTEDT, KAREN INGRID
BOHNSTEDT, CHARLES JAMES
**Taxpayer ID #:** **-***2599
**Period Ending:** 07/29/13

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******83-66 - Checking Account
**Blanket Bond:** $736,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #11-85074 | | | | |
| 06/04/12 | 107 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (June); Acct #0631899151-7/Sheridan Property | 4110-000 | | 573.02 | 69,676.34 |
| 06/12/12 | 108 | LaSalle County Collector | 1st Installment Payment 2011 Real Estate Taxes-2705 N. 3764th Rd., Sheridan, IL | 2820-000 | | 1,755.85 | 67,920.49 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 136.59 | 67,783.90 |
| 07/02/12 | {3} | Jose and Karen Espinal | July 2012 Rent Payment | 1122-000 | 1,000.00 | | 68,783.90 |
| 07/03/12 | 109 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (July); Acct #0631899151-7/Sheridan Property | 4110-000 | | 573.02 | 68,210.88 |
| 07/30/12 | {3} | Jose and Karen Espinal | August 2012 Rent Payment | 1122-000 | 1,000.00 | | 69,210.88 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 149.21 | 69,061.67 |
| 08/01/12 | 110 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (August); Acct #0631899151-7/Sheridan Property | 4110-000 | | 573.02 | 68,488.65 |
| 08/06/12 | {31} | United States Treasury | Turnover of Debtors' 2011 Federal Tax Refund | 1224-000 | 21,797.00 | | 90,285.65 |
| 08/06/12 | {32} | State of Illinois | Turnover of Debtors' 2011 State Tax Refund | 1224-000 | 5,266.00 | | 95,551.65 |
| 08/15/12 | 111 | Karen or Charles Bohnstedt | 2011 federal tax return - prorated refund | 8200-002 | | 1,972.63 | 93,579.02 |
| 08/15/12 | 112 | Karen or Charles Bohnstedt | 2011 state tax return - prorated refund | 8200-002 | | 476.57 | 93,102.45 |
| 08/15/12 | 113 | LaSalle County Collector | 2nd Installment Payment 2011 Real Estate Taxes-2705 N. 3764th Rd., Sheridan, IL | 2820-000 | | 1,755.85 | 91,346.60 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 188.46 | 91,158.14 |
| 09/04/12 | {3} | Jose and Karen Espinal | September 2012 Rent Payment | 1122-000 | 1,000.00 | | 92,158.14 |
| 09/10/12 | 114 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (September); Acct. #0631899151-7/Sheridan Property | 4110-000 | | 573.02 | 91,585.12 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 176.40 | 91,408.72 |
| 09/30/12 | {3} | Jose and Karen Espinal | October 2012 Rent Payment | 1122-000 | 1,000.00 | | 92,408.72 |
| 10/09/12 | 115 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (October); Acct #0631899151-7/Sheridan Property | 4110-000 | | 573.02 | 91,835.70 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 207.27 | 91,628.43 |
| 11/01/12 | {3} | Jose and Karen Espinal | November 2012 Rent Payment | 1122-000 | 1,000.00 | | 92,628.43 |
| 11/05/12 | 116 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (November); Acct #0631899151-7/Sheridan Property | 4110-000 | | 573.02 | 92,055.41 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 189.00 | 91,866.41 |
| 12/03/12 | {3} | Jose and Karen Espinal | December 2012 Rent Payment | 1122-000 | 1,000.00 | | 92,866.41 |
| 12/04/12 | 117 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (December); Acct #0631899151-7/Sheridan Property | 4110-000 | | 573.02 | 92,293.39 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 92,293.39 | 0.00 |

Subtotals :  $33,063.00    $103,312.36

{} Asset reference(s)

Printed: 07/29/2013 10:48 AM    V.13.13

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-85074 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** BOHNSTEDT, KAREN INGRID | **Bank Name:** The Bank of New York Mellon |
| BOHNSTEDT, CHARLES JAMES | **Account:** 9200-******83-66 - Checking Account |
| **Taxpayer ID #:** **-***2599 | **Blanket Bond:** $736,000.00 (per case limit) |
| **Period Ending:** 07/29/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 111,303.06 | 111,303.06 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 92,293.39 | |
| | | | **Subtotal** | | 111,303.06 | 19,009.67 | |
| | | | Less: Payments to Debtors | | | 5,786.77 | |
| | | | **NET Receipts / Disbursements** | | **$111,303.06** | **$13,222.90** | |

{} Asset reference(s)  Printed: 07/29/2013 10:48 AM  V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 11-85074 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | BOHNSTEDT, KAREN INGRID | | Bank Name: | Rabobank, N.A. |
| | BOHNSTEDT, CHARLES JAMES | | Account: | ****822566 - Checking Account |
| Taxpayer ID #: | **-***2599 | | Blanket Bond: | $736,000.00 (per case limit) |
| Period Ending: | 07/29/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 92,293.39 | | 92,293.39 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.64 | 92,169.75 |
| 01/07/13 | {3} | Karen and Jose Espinal | January 2013 Rent Payment | 1122-000 | 1,000.00 | | 93,169.75 |
| 01/09/13 | 10118 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (January); Acct #0631899151-7/Sheridan Property | 4110-000 | | 573.02 | 92,596.73 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 146.49 | 92,450.24 |
| 02/04/13 | {3} | Jose and Karen Espinal | February 2013 Rent Payment | 1122-000 | 1,000.00 | | 93,450.24 |
| 02/04/13 | 10119 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (February); Acct #0631899151-7/Sheridan Property | 4110-000 | | 573.02 | 92,877.22 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.85 | 92,752.37 |
| 03/21/13 | 10120 | Jose and Karen Espinal | Refund of deposit of earnest money | 8500-002 | | 5,000.00 | 87,752.37 |
| 03/21/13 | 10121 | Thomas H. Taylor | Reimbursement of 1% difference of closing costs | 2500-000 | | 900.00 | 86,852.37 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.96 | 86,723.41 |
| 04/01/13 | | Chicago Title and Trust Company | Net proceeds from sale of Sheridan property | | 80,391.47 | | 167,114.88 |
| | {3} | | Sales price                90,000.00 | 1110-000 | | | 167,114.88 |
| | | | Payoff CitiMortgage, Inc.     -175.85 Lien | 4110-000 | | | 167,114.88 |
| | | | Revenue Stamps              -135.00 | 2500-000 | | | 167,114.88 |
| | | | Chicago Title Company -     -505.00 Title Policy | 2500-000 | | | 167,114.88 |
| | | | Chicago Title Company -      -53.00 Closing Protection Letter ($50) and State of Illinois Registration Fee ($3) | 2500-000 | | | 167,114.88 |
| | | | Recordation Fee -            -46.50 Release of CitiMortgage, Inc. | 2500-000 | | | 167,114.88 |
| | | | Real Estate Taxes -        -3,687.29 2012 | 2820-000 | | | 167,114.88 |
| | | | Real Estate Taxes -          -878.89 1/1/13-3/28/13 | 2820-000 | | | 167,114.88 |
| | | | AES - Survey Fee            -625.00 | 2500-000 | | | 167,114.88 |
| | | | Jose and Karen Espinal      -277.00 (water/septic charges + fee for water test) | 2500-000 | | | 167,114.88 |
| | | | Thrush Sanitation -          -425.00 | 2500-000 | | | 167,114.88 |

Subtotals :       $174,684.86       $7,569.98

{} Asset reference(s)                                                              Printed: 07/29/2013 10:48 AM    V.13.13

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 11-85074 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | BOHNSTEDT, KAREN INGRID | | Bank Name: | Rabobank, N.A. |
| | BOHNSTEDT, CHARLES JAMES | | Account: | ****822566 - Checking Account |
| Taxpayer ID #: | **-***2599 | | Blanket Bond: | $736,000.00 (per case limit) |
| Period Ending: | 07/29/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Septic Testing | | | | |
| | | | Credit of Rent Deposit  -1,000.00 from Espinal to Bohnstedt | 2500-000 | | | 167,114.88 |
| | | | Closing Cost Credit - 2%  -1,800.00 of purchase price | 2500-000 | | | 167,114.88 |
| 04/29/13 | 10122 | McGladrey LLP | Accounting Services Rendered to the Bankruptcy Estate pursuant to Court Order entered April 29, 2013 | 3310-000 | | 1,597.00 | 165,517.88 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.17 | 165,275.71 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 245.72 | 165,029.99 |
| 06/03/13 | 10123 | Illinois Department of Revenue | State taxes - fiscal year 11/1/12-4/30/13; 38-7012599 (Karen Bohnstedt) | 2820-000 | | 451.00 | 164,578.99 |
| 06/03/13 | 10124 | Illinois Department of Revenue | State taxes - fiscal year 11/1/12-4/30/13; 38-7012599 (Charles Bohnstedt) | 2820-000 | | 451.00 | 164,127.99 |
| | | | **ACCOUNT TOTALS** | | 174,684.86 | 10,556.87 | **$164,127.99** |
| | | | Less: Bank Transfers | | 92,293.39 | 0.00 | |
| | | | **Subtotal** | | 82,391.47 | 10,556.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$82,391.47** | **$10,556.87** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******83-66** | 111,303.06 | 13,222.90 | 0.00 |
| **Checking # ****822566** | 82,391.47 | 10,556.87 | 164,127.99 |
| | **$193,694.53** | **$23,779.77** | **$164,127.99** |

{} Asset reference(s)                                                                                                          Printed: 07/29/2013 10:48 AM   V.13.13

# Claims Proposed Distribution

## Case:  11-85074   BOHNSTEDT, KAREN INGRID

**Case Balance:** $164,127.99   **Total Proposed Payment:** $164,127.99   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
| 2S | Citizens First National Bank | Secured | 476,000.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 164,127.99 |
|  | Barrick, Switzer, Long, Balsley & Van Evera | Admin Ch. 7 | 11.00 | 11.00 | 0.00 | 11.00 | 11.00 | 164,116.99 |
|  | <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | Barrick, Switzer, Long, Balsley & Van Evera | Admin Ch. 7 | 100.00 | 100.00 | 0.00 | 100.00 | 100.00 | 164,016.99 |
|  | <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | Barrick, Switzer, Long, Balsley & Van Evera | Admin Ch. 7 | 12,043.50 | 12,043.50 | 0.00 | 12,043.50 | 12,043.50 | 151,973.49 |
|  | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | McGladrey LLP | Admin Ch. 7 | 430.00 | 430.00 | 0.00 | 430.00 | 430.00 | 151,543.49 |
|  | <3310-00   Accountant for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | STEPHEN G. BALSLEY | Admin Ch. 7 | 12,875.81 | 12,875.81 | 0.00 | 12,875.81 | 12,875.81 | 138,667.68 |
|  | <2100-00   Trustee Compensation> | | | | | | | |
| 1 | HSBC Bank Nevada, N.A. | Unsecured | 1,340.04 | 1,340.04 | 0.00 | 1,340.04 | 21.48 | 138,646.20 |
| 2U | Citizens First National Bank | Unsecured | 8,351,847.09 | 8,351,847.09 | 0.00 | 8,351,847.09 | 133,853.60 | 4,792.60 |
| 3 | Centrue Bank | Unsecured | 299,036.30 | 299,036.30 | 0.00 | 299,036.30 | 4,792.60 | 0.00 |
|  | **Total for Case 11-85074 :** | | **$9,153,683.74** | **$8,677,683.74** | **$0.00** | **$8,677,683.74** | **$164,127.99** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---:|---:|---:|---:|---:|
| **Total Administrative Claims :** | $25,460.31 | $25,460.31 | $0.00 | $25,460.31 | 100.000000% |
| **Total Secured Claims :** | $476,000.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $8,652,223.43 | $8,652,223.43 | $0.00 | $138,667.68 | 1.602683% |

(*) Denotes objection to Amount Filed

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-85074
Case Name: BOHNSTEDT, KAREN INGRID
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:** $ 164,127.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Citizens First National Bank | 476,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 164,127.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 12,875.81 | 0.00 | 12,875.81 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 12,043.50 | 0.00 | 12,043.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 111.00 | 0.00 | 111.00 |
| Accountant for Trustee, Fees - McGladrey LLP | 430.00 | 0.00 | 430.00 |

Total to be paid for chapter 7 administration expenses: $ 25,460.31
Remaining balance: $ 138,667.68

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 138,667.68

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 138,667.68 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,652,223.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | HSBC Bank Nevada, N.A. | 1,340.04 | 0.00 | 21.48 |
| 2U | Citizens First National Bank | 8,351,847.09 | 0.00 | 133,853.60 |
| 3 | Centrue Bank | 299,036.30 | 0.00 | 4,792.60 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 138,667.68 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**