# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: BOHNSTEDT, KAREN INGRID | § | Case No. 11-85074 |
| BOHNSTEDT, CHARLES JAMES | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $754,807.40 *(without deducting any secured claims)* | Assets Exempt: $435,800.00 |
| Total Distribution to Claimants: $146,865.81 | Claims Discharged Without Payment: $8,515,555.75 |
| Total Expenses of Administration: $45,650.48 | |

3)  Total gross receipts of $ 203,303.06  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 10,786.77  (see **Exhibit 2**), yielded net receipts of $192,516.29 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $15,681,974.54 | $484,198.13 | $8,198.13 | $8,198.13 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 45,650.48 | 45,650.48 | 45,650.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 304,587.68 | 8,652,223.43 | 8,652,223.43 | 138,667.68 |
| **TOTAL DISBURSEMENTS** | $15,986,562.22 | $9,182,072.04 | $8,706,072.04 | $192,516.29 |

4) This case was originally filed under Chapter 7 on November 28, 2011. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _11/19/2013_____    By:_ /s/STEPHEN G. BALSLEY_____
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Anticipated Federal Tax Return 2010 | 1124-000 | 14,508.00 |
| Anticipated Illinois Tax Return 2010 | 1124-000 | 2,626.00 |
| 2705 N. 3764th Rd., Sheridan, IL 60551 | 1110-000 | 109,000.00 |
| IBEW 701 Vacation Fund Checking Account #XXXX433 | 1129-000 | 256.00 |
| IBEW 461 Vacation Fund Savings Account #XXXX1 00 | 1129-000 | 800.00 |
| Virginia $529 College Savings Plan for son Accou | 1129-000 | 24,543.82 |
| Virginia $529 College Savings Account for daught | 1129-000 | 24,506.24 |
| Federal Tax Return 2011 | 1224-000 | 21,797.00 |
| Illinois Tax Return 2011 | 1224-000 | 5,266.00 |
| **TOTAL GROSS RECEIPTS** | | **$203,303.06** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Karen or Charles Bohnstedt | Claimed Exemption in College Savings Funds - Son | 8100-002 | 1,650.00 |
| Karen or Charles Bohnstedt | Claimed Exemption in College Savings Funds - Daughter | 8100-002 | 1,687.57 |
| Karen or Charles Bohnstedt | 2011 federal tax return - prorated refund | 8200-002 | 1,972.63 |
| Karen or Charles Bohnstedt | 2011 state tax return - prorated refund | 8200-002 | 476.57 |
| Jose and Karen Espinal | Refund of deposit of earnest money | 8500-002 | 5,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$10,786.77** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Citizens First National Bank | 4110-000 | N/A | 476,000.00 | 0.00 | 0.00 |
| NOTFILED | Citizen's First National Bank | 4110-000 | 13,133,459.67 | N/A | N/A | 0.00 |
| NOTFILED | Citizen's First National Bank | 4110-000 | 194,387.42 | N/A | N/A | 0.00 |
| NOTFILED | CitiMortgage | 4110-000 | 8,873.86 | N/A | N/A | 0.00 |
| NOTFILED | Somercor 504, Inc US Small Business Administration | 4110-000 | 1,531,000.00 | N/A | N/A | 0.00 |
| NOTFILED | County of Kendall Jeff Wilkins, County | 4110-000 | 778,188.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally | 4110-000 | 9,907.88 | N/A | N/A | 0.00 |
| NOTFILED | CitiMortgage | 4110-000 | 26,157.71 | N/A | N/A | 0.00 |
|  | CITIMORTGAGE, INC. | 4110-000 | N/A | 2,292.08 | 2,292.08 | 2,292.08 |
|  | CITIMORTGAGE, INC. | 4110-000 | N/A | 573.02 | 573.02 | 573.02 |
|  | CITIMORTGAGE, INC. | 4110-000 | N/A | 573.02 | 573.02 | 573.02 |
|  | CITIMORTGAGE, INC. | 4110-000 | N/A | 573.02 | 573.02 | 573.02 |
|  | CITIMORTGAGE, INC. | 4110-000 | N/A | 573.02 | 573.02 | 573.02 |
|  | CITIMORTGAGE, INC. | 4110-000 | N/A | 573.02 | 573.02 | 573.02 |
|  | CITIMORTGAGE, INC. | 4110-000 | N/A | 573.02 | 573.02 | 573.02 |
|  | CITIMORTGAGE, INC. | 4110-000 | N/A | 573.02 | 573.02 | 573.02 |
|  | CITIMORTGAGE, INC. | 4110-000 | N/A | 573.02 | 573.02 | 573.02 |
|  | CITIMORTGAGE, INC. | 4110-000 | N/A | 573.02 | 573.02 | 573.02 |
|  | CITIMORTGAGE, INC. | 4110-000 | N/A | 573.02 | 573.02 | 573.02 |
|  | Chicago Title and Trust Company | 4110-000 | N/A | 175.85 | 175.85 | 175.85 |
| **TOTAL SECURED CLAIMS** |  |  | $15,681,974.54 | $484,198.13 | $8,198.13 | $8,198.13 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 12,875.81 | 12,875.81 | 12,875.81 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 12,043.50 | 12,043.50 | 12,043.50 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 11.00 | 11.00 | 11.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 100.00 | 100.00 | 100.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| McGladrey LLP | 3310-000 | N/A | 430.00 | 430.00 | 430.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.32 | 27.32 | 27.32 |
| Auto-Owners Insurance | 2420-000 | N/A | 1,184.86 | 1,184.86 | 1,184.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.93 | 40.93 | 40.93 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.84 | 38.84 | 38.84 |
| The Bank of New York Mellon | 2600-000 | N/A | 141.28 | 141.28 | 141.28 |
| The Bank of New York Mellon | 2600-000 | N/A | 136.91 | 136.91 | 136.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 155.72 | 155.72 | 155.72 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 62.17 | 62.17 | 62.17 |
| LaSalle County Collector | 2820-000 | N/A | 1,755.85 | 1,755.85 | 1,755.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 136.59 | 136.59 | 136.59 |
| The Bank of New York Mellon | 2600-000 | N/A | 149.21 | 149.21 | 149.21 |
| LaSalle County Collector | 2820-000 | N/A | 1,755.85 | 1,755.85 | 1,755.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 188.46 | 188.46 | 188.46 |
| The Bank of New York Mellon | 2600-000 | N/A | 176.40 | 176.40 | 176.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 207.27 | 207.27 | 207.27 |
| The Bank of New York Mellon | 2600-000 | N/A | 189.00 | 189.00 | 189.00 |
| Rabobank, N.A. | 2600-000 | N/A | 123.64 | 123.64 | 123.64 |
| Rabobank, N.A. | 2600-000 | N/A | 146.49 | 146.49 | 146.49 |
| Rabobank, N.A. | 2600-000 | N/A | 124.85 | 124.85 | 124.85 |
| Thomas H. Taylor | 2500-000 | N/A | 900.00 | 900.00 | 900.00 |
| Rabobank, N.A. | 2600-000 | N/A | 128.96 | 128.96 | 128.96 |
| Chicago Title and Trust Company | 2500-000 | N/A | 135.00 | 135.00 | 135.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 505.00 | 505.00 | 505.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 53.00 | 53.00 | 53.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 46.50 | 46.50 | 46.50 |
| Chicago Title and Trust Company | 2820-000 | N/A | 3,687.29 | 3,687.29 | 3,687.29 |
| Chicago Title and Trust Company | 2820-000 | N/A | 878.89 | 878.89 | 878.89 |
| Chicago Title and Trust Company | 2500-000 | N/A | 625.00 | 625.00 | 625.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 277.00 | 277.00 | 277.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 425.00 | 425.00 | 425.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 1,800.00 | 1,800.00 | 1,800.00 |
| McGladrey LLP | 3310-000 | N/A | 1,597.00 | 1,597.00 | 1,597.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 242.17 | 242.17 | 242.17 |
| Rabobank, N.A. | 2600-000 | N/A | 245.72 | 245.72 | 245.72 |
| Illinois Department of Revenue | 2820-000 | N/A | 451.00 | 451.00 | 451.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 451.00 | 451.00 | 451.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $45,650.48 | $45,650.48 | $45,650.48 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | HSBC Bank Nevada, N.A. | 7100-000 | N/A | 1,340.04 | 1,340.04 | 21.48 |
| 2U | Citizens First National Bank | 7100-000 | N/A | 8,351,847.09 | 8,351,847.09 | 133,853.60 |
| 3 | Centrue Bank | 7100-000 | 302,587.68 | 299,036.30 | 299,036.30 | 4,792.60 |
| NOTFILED | County of Kendall Jeff Wilkins, County | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards/American Express | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $304,587.68 | $8,652,223.43 | $8,652,223.43 | $138,667.68 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-85074 | **Trustee:** (330410) STEPHEN G. BALSLEY |
| **Case Name:** BOHNSTEDT, KAREN INGRID | **Filed (f) or Converted (c):** 11/28/11 (f) |
| BOHNSTEDT, CHARLES JAMES | **§341(a) Meeting Date:** 12/29/11 |
| **Period Ending:** 11/19/13 | **Claims Bar Date:** 04/20/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Anticipated Federal Tax Return 2010 | 14,508.00 | 14,508.00 | | 14,508.00 | FA |
| 2 | Anticipated Illinois Tax Return 2010 | 2,626.00 | 2,626.00 | | 2,626.00 | FA |
| 3 | 2705 N. 3764th Rd., Sheridan, IL 60551<br>  See Order to Sell Property entered 1/23/13. | 100,000.00 | 80,000.00 | | 109,000.00 | FA |
| 4 | Single family residence 1060 Cindy Lane, Sandwic | 176,000.00 | 0.00 | | 0.00 | FA |
| 5 | 320 Park Place, Sandwich, IL -SAME AS ASSET #6 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Undivided 1/2 int. Lot 12-Bohnstdt's Add, Sandwi | 150,000.00 | 0.00 | | 0.00 | FA |
| 7 | Checking Account #XXXX2662 Citizens First Nation | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Checking Account #XXXX5877 Harris Bank PO Box<br>94 | 1.37 | 0.00 | | 0.00 | FA |
| 9 | Checking Account #XXXX4187 Castle Bank 141 W Lin | 98.72 | 0.00 | | 0.00 | FA |
| 10 | IBEW 701 Vacation Fund Checking Account<br>#XXXX433 | 256.00 | 256.00 | | 256.00 | FA |
| 11 | IBEW 461 Vacation Fund Savings Account #XXXX1<br>00 | 800.00 | 800.00 | | 800.00 | FA |
| 12 | Virginia §529 College Savings Plan for son Accou | 23,128.90 | 21,478.90 | | 24,543.82 | FA |
| 13 | Virginia §529 College Savings Account for daught | 23,128.90 | 21,441.33 | | 24,506.24 | FA |
| 14 | ILUTMA custodial account for son Cert of deposit | 5,200.00 | 0.00 | | 0.00 | FA |
| 15 | ILUTMA cutodial account for daughter Cert of dep | 4,300.00 | 0.00 | | 0.00 | FA |
| 16 | ILUTMA custodial account for son Savings account | 2,292.91 | 0.00 | | 0.00 | FA |
| 17 | ILUTMA custodial account for daughter Savings ac | 639.40 | 0.00 | | 0.00 | FA |
| 18 | ILUTMA custodial account for son Checking accoun | 50.00 | 0.00 | | 0.00 | FA |
| 19 | Miscellaneous furniture and furnishings Two comp | 1,000.00 | 0.00 | | 0.00 | FA |
| 20 | Miscellaneous clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 21 | Costume jewelry | 25.00 | 0.00 | | 0.00 | FA |
| 22 | Term Insurance Policy #XXXX040L Cincinnati Isura | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Term Insurance Policy #XXXX041L Cincinnati Isura | 0.00 | 0.00 | | 0.00 | FA |
| 24 | 401K Retirement Savings Plan Account No. XXXX511 | 211,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| Case Number: | 11-85074 | |
| Case Name: | BOHNSTEDT, KAREN INGRID | |
| | BOHNSTEDT, CHARLES JAMES | |
| Period Ending: | 11/19/13 | |

| | | |
|---|---|---|
| Trustee: | (330410) | STEPHEN G. BALSLEY |
| Filed (f) or Converted (c): | 11/28/11 (f) | |
| §341(a) Meeting Date: | 12/29/11 | |
| Claims Bar Date: | 04/20/12 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | IBEW Local 701 Retirement Plan P.O. Box 8000 Mil | 179,000.00 | 0.00 | | 0.00 | FA |
| 26 | 24% of the common stock of Timber Creek Inn & Su | 0.00 | 0.00 | | 0.00 | FA |
| 27 | 100% of the common stock of C. J. Power, Inc, an | 0.00 | 0.00 | | 0.00 | FA |
| 28 | 26% of the common stock of Timber Creek Inn & Su | 0.00 | 0.00 | | 0.00 | FA |
| 29 | 26% membership interest in W B Holdings, LLC, an | 0.00 | 0.00 | | 0.00 | FA |
| 30 | 24% membership interest in W B Holdings, LLC, an | 0.00 | 0.00 | | 0.00 | FA |
| 31 | Federal Tax Return 2011  (u)<br>   Total federal tax refund for 2011 is $21,797.00.  The prorated amount due to the Bankruptcy Estate is $19,824.37. | Unknown | 21,797.00 | | 21,797.00 | FA |
| 32 | Illinois Tax Return 2011  (u)<br>   Total Illinois tax refund for 2011 is $5,266.  The prorated amount due to the Bankruptcy Estate is $4,789.43. | Unknown | 5,266.00 | | 5,266.00 | FA |
| 33 | Amount due shareholders shown on the balance she | 0.00 | 0.00 | | 0.00 | FA |
| 34 | 1999 GMC Yukon (150,000 miles) | 2,700.00 | 0.00 | | 0.00 | FA |
| 35 | 2011 Chevrolet Silverado Pickup - 11000 miles | 19,500.00 | 0.00 | | 0.00 | FA |
| 36 | Personal tools of the trade used in electrician | 2,000.00 | 0.00 | | 0.00 | FA |
| 36 | **Assets    Totals** (Excluding unknown values) | **$919,255.20** | **$168,173.23** | | **$203,303.06** | **$0.00** |

Major Activities Affecting Case Closing:

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | June 30, 2013 | Current Projected Date Of Final Report (TFR): | June 26, 2013  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-85074 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** BOHNSTEDT, KAREN INGRID | **Bank Name:** The Bank of New York Mellon |
| BOHNSTEDT, CHARLES JAMES | **Account:** 9200-******83-66 - Checking Account |
| **Taxpayer ID #:** **-***2599 | **Blanket Bond:** $736,000.00  (per case limit) |
| **Period Ending:** 11/19/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/11 | {1} | United States Treasury | Turnover of Debtors' 2010 Federal Tax Refund | 1124-000 | 14,508.00 | | 14,508.00 |
| 12/05/11 | {2} | State of Illinois | Turnover of Debtors' 2010 State Tax Refund | 1124-000 | 2,626.00 | | 17,134.00 |
| 12/05/11 | {3} | Jose & Karen Espinal | January 2012 Rent Payment | 1122-000 | 1,000.00 | | 18,134.00 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.32 | 18,106.68 |
| 01/09/12 | {3} | Jose and Karen Espinal | February 2012 Rent Payment | 1122-000 | 1,000.00 | | 19,106.68 |
| 01/24/12 | 101 | Auto-Owners Insurance | Homeowners Insurance Premium (2/15/12 - 2/15/13) re: 2705 N. 3764th Rd., Sheridan, IL | 2420-000 | | 1,184.86 | 17,921.82 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.93 | 17,880.89 |
| 02/27/12 | {12} | American Funds | College Savings Funds - Son | 1129-000 | 24,543.82 | | 42,424.71 |
| 02/27/12 | {13} | American Funds | College Savings Funds - Daughter | 1129-000 | 24,506.24 | | 66,930.95 |
| 02/27/12 | | Karen Bohnstedt | Union Vacation Benefit Funds (IBEW 701 and IBEW 461 Accounts) | | | 1,000.00 | 67,930.95 |
| | {11} | | IBEW 461 Vacation          800.00<br>Funds Turned Over | 1129-000 | | | 67,930.95 |
| | {10} | | IBEW 701 Vacation          200.00<br>Fund Checking Account<br>Turned Over | 1129-000 | | | 67,930.95 |
| 02/27/12 | {10} | Karen Bohnstedt | Union Vacation Benefit Funds (IBEW 701) | 1129-000 | 56.00 | | 67,986.95 |
| 02/28/12 | {3} | Jose and Karen Espinal | March 2012 Rent Payment | 1122-000 | 1,000.00 | | 68,986.95 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.84 | 68,948.11 |
| 03/08/12 | 102 | Karen or Charles Bohnstedt | Claimed Exemption in College Savings Funds - Son | 8100-002 | | 1,650.00 | 67,298.11 |
| 03/08/12 | 103 | Karen or Charles Bohnstedt | Claimed Exemption in College Savings Funds - Daughter | 8100-002 | | 1,687.57 | 65,610.54 |
| 03/30/12 | {3} | Jose and Karen Espinal | April 2012 Rent Payment | 1122-000 | 1,000.00 | | 66,610.54 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 141.28 | 66,469.26 |
| 04/18/12 | 104 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (Jan-April); Acct #0631899151-7/Sheridan property | 4110-000 | | 2,292.08 | 64,177.18 |
| 04/30/12 | {3} | Jose and Karen Espinal | May 2012 Rent Payment | 1122-000 | 1,000.00 | | 65,177.18 |
| 04/30/12 | {3} | Jose and Karen Espinal | One-half payment of earnest money | 1122-000 | 2,500.00 | | 67,677.18 |
| 04/30/12 | {3} | Jose and Karen Espinal | Second-half payment of earnest money | 1122-000 | 2,500.00 | | 70,177.18 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 136.91 | 70,040.27 |
| 05/01/12 | 105 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (May); Acct #0631899151-7/Sheridan property | 4110-000 | | 573.02 | 69,467.25 |
| 05/31/12 | {3} | Jose and Karen Espinal | June 2012 Rent Payment | 1122-000 | 1,000.00 | | 70,467.25 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 155.72 | 70,311.53 |
| 06/04/12 | 106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE | 2300-000 | | 62.17 | 70,249.36 |
| | | | Subtotals : | | $78,240.06 | $7,990.70 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 11-85074 | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Case Name:** | BOHNSTEDT, KAREN INGRID | **Bank Name:** | The Bank of New York Mellon |
| | BOHNSTEDT, CHARLES JAMES | **Account:** | 9200-******83-66 - Checking Account |
| **Taxpayer ID #:** | **-***2599 | **Blanket Bond:** | $736,000.00  (per case limit) |
| **Period Ending:** | 11/19/13 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #11-85074 | | | | |
| 06/04/12 | 107 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (June); Acct #0631899151-7/Sheridan Property | 4110-000 | | 573.02 | 69,676.34 |
| 06/12/12 | 108 | LaSalle County Collector | 1st Installment Payment 2011 Real Estate Taxes-2705 N. 3764th Rd., Sheridan, IL | 2820-000 | | 1,755.85 | 67,920.49 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 136.59 | 67,783.90 |
| 07/02/12 | {3} | Jose and Karen Espinal | July 2012 Rent Payment | 1122-000 | 1,000.00 | | 68,783.90 |
| 07/03/12 | 109 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (July); Acct #0631899151-7/Sheridan Property | 4110-000 | | 573.02 | 68,210.88 |
| 07/30/12 | {3} | Jose and Karen Espinal | August 2012 Rent Payment | 1122-000 | 1,000.00 | | 69,210.88 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 149.21 | 69,061.67 |
| 08/01/12 | 110 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (August); Acct #0631899151-7/Sheridan Property | 4110-000 | | 573.02 | 68,488.65 |
| 08/06/12 | {31} | United States Treasury | Turnover of Debtors' 2011 Federal Tax Refund | 1224-000 | 21,797.00 | | 90,285.65 |
| 08/06/12 | {32} | State of Illinois | Turnover of Debtors' 2011 State Tax Refund | 1224-000 | 5,266.00 | | 95,551.65 |
| 08/15/12 | 111 | Karen or Charles Bohnstedt | 2011 federal tax return - prorated refund | 8200-002 | | 1,972.63 | 93,579.02 |
| 08/15/12 | 112 | Karen or Charles Bohnstedt | 2011 state tax return - prorated refund | 8200-002 | | 476.57 | 93,102.45 |
| 08/15/12 | 113 | LaSalle County Collector | 2nd Installment Payment 2011 Real Estate Taxes-2705 N. 3764th Rd., Sheridan, IL | 2820-000 | | 1,755.85 | 91,346.60 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 188.46 | 91,158.14 |
| 09/04/12 | {3} | Jose and Karen Espinal | September 2012 Rent Payment | 1122-000 | 1,000.00 | | 92,158.14 |
| 09/10/12 | 114 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (September); Acct. #0631899151-7/Sheridan Property | 4110-000 | | 573.02 | 91,585.12 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 176.40 | 91,408.72 |
| 09/30/12 | {3} | Jose and Karen Espinal | October 2012 Rent Payment | 1122-000 | 1,000.00 | | 92,408.72 |
| 10/09/12 | 115 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (October); Acct #0631899151-7/Sheridan Property | 4110-000 | | 573.02 | 91,835.70 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 207.27 | 91,628.43 |
| 11/01/12 | {3} | Jose and Karen Espinal | November 2012 Rent Payment | 1122-000 | 1,000.00 | | 92,628.43 |
| 11/05/12 | 116 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (November); Acct #0631899151-7/Sheridan Property | 4110-000 | | 573.02 | 92,055.41 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 189.00 | 91,866.41 |
| 12/03/12 | {3} | Jose and Karen Espinal | December 2012 Rent Payment | 1122-000 | 1,000.00 | | 92,866.41 |
| 12/04/12 | 117 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (December); Acct #0631899151-7/Sheridan Property | 4110-000 | | 573.02 | 92,293.39 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 92,293.39 | 0.00 |

| | | Subtotals : | $33,063.00 | $103,312.36 |
|---|---|---|---|---|

{} Asset reference(s)

Printed: 11/19/2013 08:09 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-85074 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | BOHNSTEDT, KAREN INGRID | | Bank Name: | The Bank of New York Mellon |
| | BOHNSTEDT, CHARLES JAMES | | Account: | 9200-******83-66 - Checking Account |
| Taxpayer ID #: | **-***2599 | | Blanket Bond: | $736,000.00   (per case limit) |
| Period Ending: | 11/19/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 111,303.06 | 111,303.06 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 92,293.39 | |
| | | | Subtotal | | 111,303.06 | 19,009.67 | |
| | | | Less: Payments to Debtors | | | 5,786.77 | |
| | | | NET Receipts / Disbursements | | $111,303.06 | $13,222.90 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| Case Number: | 11-85074 | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | BOHNSTEDT, KAREN INGRID | Bank Name: | Rabobank, N.A. |
| | BOHNSTEDT, CHARLES JAMES | Account: | ****822566 - Checking Account |
| Taxpayer ID #: | **-***2599 | Blanket Bond: | $736,000.00  (per case limit) |
| Period Ending: | 11/19/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION<br>TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 92,293.39 | | 92,293.39 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.64 | 92,169.75 |
| 01/07/13 | {3} | Karen and Jose Espinal | January 2013 Rent Payment | 1122-000 | 1,000.00 | | 93,169.75 |
| 01/09/13 | 10118 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (January); Acct<br>#0631899151-7/Sheridan Property | 4110-000 | | 573.02 | 92,596.73 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 146.49 | 92,450.24 |
| 02/04/13 | {3} | Jose and Karen Espinal | February 2013 Rent Payment | 1122-000 | 1,000.00 | | 93,450.24 |
| 02/04/13 | 10119 | CITIMORTGAGE, INC. | Monthly Mortgage Payment (February); Acct<br>#0631899151-7/Sheridan Property | 4110-000 | | 573.02 | 92,877.22 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.85 | 92,752.37 |
| 03/21/13 | 10120 | Jose and Karen Espinal | Refund of deposit of earnest money | 8500-002 | | 5,000.00 | 87,752.37 |
| 03/21/13 | 10121 | Thomas H. Taylor | Reimbursement of 1% difference of closing<br>costs | 2500-000 | | 900.00 | 86,852.37 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.96 | 86,723.41 |
| 04/01/13 | | Chicago Title and Trust Company | Net proceeds from sale of Sheridan property | | 80,391.47 | | 167,114.88 |
| | {3} | | Sales price                90,000.00 | 1110-000 | | | 167,114.88 |
| | | | Payoff CitiMortgage, Inc.      -175.85<br>Lien | 4110-000 | | | 167,114.88 |
| | | | Revenue Stamps            -135.00 | 2500-000 | | | 167,114.88 |
| | | | Chicago Title Company -      -505.00<br>Title Policy | 2500-000 | | | 167,114.88 |
| | | | Chicago Title Company -       -53.00<br>Closing Protection Letter<br>($50) and State of Illinois<br>Registration Fee ($3) | 2500-000 | | | 167,114.88 |
| | | | Recordation Fee -             -46.50<br>Release of CitiMortgage,<br>Inc. | 2500-000 | | | 167,114.88 |
| | | | Real Estate Taxes -        -3,687.29<br>2012 | 2820-000 | | | 167,114.88 |
| | | | Real Estate Taxes -          -878.89<br>1/1/13-3/28/13 | 2820-000 | | | 167,114.88 |
| | | | AES - Survey Fee            -625.00 | 2500-000 | | | 167,114.88 |
| | | | Jose and Karen Espinal      -277.00<br>(water/septic charges +<br>fee for water test) | 2500-000 | | | 167,114.88 |
| | | | Thrush Sanitation -          -425.00 | 2500-000 | | | 167,114.88 |

| | | | |
|---|---|---|---|
| | Subtotals : | $174,684.86 | $7,569.98 |

{} Asset reference(s)

Printed: 11/19/2013 08:09 AM    V.13.13

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-85074 | |
| **Case Name:** | BOHNSTEDT, KAREN INGRID | |
| | BOHNSTEDT, CHARLES JAMES | |
| **Taxpayer ID #:** | **-***2599 | |
| **Period Ending:** | 11/19/13 | |

| | | |
|---|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account:** | ****822566 - Checking Account | |
| **Blanket Bond:** | $736,000.00  (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Septic Testing | | | | |
| | | | Credit of Rent Deposit          -1,000.00<br>from Espinal to<br>Bohnstedt | 2500-000 | | | 167,114.88 |
| | | | Closing Cost Credit - 2%          -1,800.00<br>of purchase price | 2500-000 | | | 167,114.88 |
| 04/29/13 | 10122 | McGladrey LLP | Accounting Services Rendered to the<br>Bankruptcy Estate pursuant to Court Order<br>entered April 29, 2013 | 3310-000 | | 1,597.00 | 165,517.88 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.17 | 165,275.71 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 245.72 | 165,029.99 |
| 06/03/13 | 10123 | Illinois Department of Revenue | State taxes - fiscal year 11/1/12-4/30/13;<br>38-7012599 (Karen Bohnstedt) | 2820-000 | | 451.00 | 164,578.99 |
| 06/03/13 | 10124 | Illinois Department of Revenue | State taxes - fiscal year 11/1/12-4/30/13;<br>38-7012599 (Charles Bohnstedt) | 2820-000 | | 451.00 | 164,127.99 |
| 08/21/13 | 10125 | McGladrey LLP | Dividend paid 100.00% on $430.00,<br>Accountant for Trustee Fees (Trustee Firm);<br>Reference: | 3310-000 | | 430.00 | 163,697.99 |
| 08/21/13 | 10126 | Barrick, Switzer, Long, Balsley &<br>Van Evera | Dividend paid 100.00% on $12,043.50,<br>Attorney for Trustee Fees (Trustee Firm);<br>Reference: | 3110-000 | | 12,043.50 | 151,654.49 |
| 08/21/13 | 10127 | Barrick, Switzer, Long, Balsley &<br>Van Evera | Dividend paid 100.00% on $100.00, Attorney<br>for Trustee Expenses (Trustee Firm);<br>Reference: | 3120-000 | | 100.00 | 151,554.49 |
| 08/21/13 | 10128 | Barrick, Switzer, Long, Balsley &<br>Van Evera | Dividend paid 100.00% on $11.00, Attorney for<br>Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 11.00 | 151,543.49 |
| 08/21/13 | 10129 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $12,875.81,<br>Trustee Compensation;  Reference: | 2100-000 | | 12,875.81 | 138,667.68 |
| 08/21/13 | 10130 | HSBC Bank Nevada, N.A. | Dividend paid  1.60% on $1,340.04; Claim# 1;<br>Filed: $1,340.04; Reference: | 7100-000 | | 21.48 | 138,646.20 |
| 08/21/13 | 10131 | Citizens First National Bank | Dividend paid  1.60% on $8,351,847.09;<br>Claim# 2U; Filed: $8,351,847.09; Reference: | 7100-000 | | 133,853.60 | 4,792.60 |
| 08/21/13 | 10132 | Centrue Bank | Dividend paid  1.60% on $299,036.30; Claim#<br>3; Filed: $299,036.30; Reference: | 7100-000 | | 4,792.60 | 0.00 |

Subtotals :                    $0.00        $167,114.88

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-85074 | |
| **Case Name:** | BOHNSTEDT, KAREN INGRID | |
| | BOHNSTEDT, CHARLES JAMES | |
| **Taxpayer ID #:** | **-***2599 | |
| **Period Ending:** | 11/19/13 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****822566 - Checking Account |
| **Blanket Bond:** | $736,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 174,684.86 | 174,684.86 | $0.00 |
| | | | Less: Bank Transfers | | 92,293.39 | 0.00 | |
| | | | **Subtotal** | | **82,391.47** | **174,684.86** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$82,391.47** | **$174,684.86** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******83-66** | 111,303.06 | 13,222.90 | 0.00 |
| **Checking # ****822566** | 82,391.47 | 174,684.86 | 0.00 |
| | $193,694.53 | $187,907.76 | $0.00 |

{} Asset reference(s)